No. 09-10561. Colburn Kinzer, Petitioner v. United States.

560 U.S. 972, 130 S. Ct. 3428, 177 L. Ed. 2d 338, 2010 U.S. LEXIS 4937.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 365 Fed. Appx. 646.

No. 09-10563. Jon M. Cox, Petitioner v. Gregory Schwartz, Warden.

560 U.S. 972, 130 S. Ct. 3428, 177 L. Ed. 2d 338, 2010 U.S. LEXIS 4858, ██

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-10564. Jesus Lorenzo Contreras, Petitioner v. United States.

560 U.S. 972, 130 S. Ct. 3428, 177 L. Ed. 2d 338, 2010 U.S. LEXIS 4883.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 367 Fed. Appx. 504.

No. 09-10566. Phillip Mitchell, Petitioner v. Douglas C. Vasbinder, Warden.

560 U.S. 972, 130 S. Ct. 3429, 177 L. Ed. 2d 338, 2010 U.S. LEXIS 4907.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-10571. Judah Prince, Petitioner v. United States.

560 U.S. 973, 130 S. Ct. 3429, 177 L. Ed. 2d 338, 2010 U.S. LEXIS 4955.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 593 F.3d 1178.

No. 09-10575. Alberto Arreola Valenzuela, Petitioner v. United States.

560 U.S. 973, 130 S. Ct. 3429, 177 L. Ed. 2d 338, 2010 U.S. LEXIS 4896.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10577. Robert E. Booth, Petitioner v. Wisconsin.

560 U.S. 973, 130 S. Ct. 3429, 177 L. Ed. 2d 338, 2010 U.S. LEXIS 4951.

June 14, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

Same case below, 321 Wis. 2d 475, 774 N.W.2d 475.

No. 09-10578. Kingsley Ariegwe, Petitioner v. Mike Ferriter, Director, Montana Department of Corrections, et al.

560 U.S. 973, 130 S. Ct. 3429, 177 L. Ed. 2d 338, 2010 U.S. LEXIS 4917, ██

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.